IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDDIE GUNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:16-CV-548-WKW |
| | ) |
| ELMORE COUNTY BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On October 4, 2016, the Magistrate Judge filed a Recommendation (Doc. # 17) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 17) is ADOPTED;

2. Defendant's motion to dismiss (Doc. # 6) is DENIED; and

3. This case is referred to the Magistrate Judge for further proceedings.

DONE this 25th day of October, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE