IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| FREDDIE GUNN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CASE NO. 2:16-CV-548-WKW |
|  | ) |  |
| ELMORE COUNTY BOARD OF EDUCATION, | ) ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **ORDER**

On March 8, 2018, the Magistrate Judge filed a Recommendation (Doc. # 38) to which no timely objections[1] have been filed. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 38) is ADOPTED;

2. Defendant's motion for summary judgment (Doc. # 29) is GRANTED; and

3. This action is dismissed.

Final judgment will be entered separately.

DONE this 27th day of March, 2018.

                                                /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court notes that none of the parties or their counsel appeared at the pretrial conference set for March 22, 2018. However, dismissal is not for lack of prosecution, but on the grounds stated in the Recommendation.